IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DOMINIQUE TAVON BRADFORD,** ) | Civil Action No. 7:14-cv-00018 | |
| Plaintiff, ) | | |
| ) | | |
| v.   ) | **ORDER** | |
| ) | | |
| **KIRK MILAM,**   ) | By: | Hon. Michael F. Urbanski |
| Defendant.  ) | | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff is **GRANTED** leave to proceed in forma pauperis; the Complaint is **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: January 23, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge